

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00452-CV

Moises **OLIVEROS** d/b/a South West Motor Co.,
Appellant

v.

Julieta **RUIZ**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2022CV00647
Honorable J Frank Davis, Judge Presiding

# O R D E R

The appellant has filed a pro se notice of appeal. The reporter's record was due August 22, 2022. We ORDER the court reporter responsible for filing the reporter's record to file the reporter's record on or before **October 12, 2022.**

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court